# United States Court of Appeals

## For the Eighth Circuit

_____

No. 14-1273

_____

Mark Smith

*Plaintiff - Appellant*

v.

Larry Norris, in his individual capacity and in his official capacity as former Director of the Arkansas Department of Corrections; Ray Hobbs, in his individual and official capacity as current Director of the Arkansas Department of Corrections; Dale Reed, in his individual capacity and as Warden of Ouachita River Correctional Unit; John Doe, 1-5 are unknown individuals or entities who had supervisory authority for the protection and safety protocol for inmate work details; 6-10 are unknown individuals or entities who had the direct responsibility for the daily safety protocol and assignments

*Defendants - Appellees*

_____

Appeal from United States District Court
for the Eastern District of Arkansas - Little Rock

_____

Submitted: November 4, 2014
Filed: November 17, 2014
[Unpublished]

_____

Before WOLLMAN, BYE, and SMITH, Circuit Judges.

_____

PER CURIAM.

Mark Smith appeals the district court's[1] adverse grant of summary judgment and dismissal of his action. After careful review, see Joseph v. Allen, 712 F.3d 1222, 1225 (8th Cir. 2013) (grant of summary judgment is reviewed de novo and is proper when, viewing evidence in favor of nonmoving party, there is no genuine issue of material fact), we affirm for the reasons stated by the district court. See 8th Cir. R. 47B.

_____

[1]The Honorable Brian S. Miller, Chief Judge, United States District Court for the Eastern District of Arkansas.